# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**
June 1, 2012

Lyle W. Cayce
Clerk

No. 09-70017

IVAN ABNER CANTU,

Petitioner - Appellant,

v.

RICK THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL
JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION,

Respondent - Appellee,

Appeal from the United States District Court
for the Eastern District of Texas

ON REMAND FROM THE SUPREME COURT
OF THE UNITED STATES

Before STEWART, CLEMENT, and OWEN, Circuit Judges.

PER CURIAM:

In our earlier consideration of this case, we affirmed the district court's dismissal of Cantu's petition for federal habeas relief. *See Cantu v. Thaler*, 632 F.3d 157 (5th Cir. 2011). Among other grounds for relief, Cantu argued that he had received ineffective assistance of counsel at trial. We held that this claim was procedurally defaulted, and that Cantu's contention that his state habeas counsel was ineffective did not constitute cause for the procedural default. The

No. 09-70017

Supreme Court has remanded the case for us to consider the effect of *Martinez v. Ryan*, 566 U.S. ___ (2012) on our holding.

IT IS ORDERED that this matter be remanded to the district court so that the district court may decide in the first instance the impact of *Martinez v. Ryan* on Cantu's contention that he had cause for his procedural default.